**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Mercury Systems Corp. | ) | Case No.    12-32549 |
| | ) | |
| Debtor. | ) | Honorable Judge Janet S. Baer |
| | ) | |
| | ) | |
| | ) | |

**AMENDED NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Tuesday, December 10, 2013 at **9:30 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge, at 219 South Dearborn, Courtroom 615, Chicago, IL 60604 and there present the attached Motion for Final Decree.

Dated this 21 November 2013.                                                                 /S/ Jon Dowat

                                                                                                              Counsel for Debtors

**Jon Dowat, Illinois Bar No. 6284536
Thinking Outside the Box, Inc.
40 Shuman Blvd., Suite 320
Naperville, IL 60563
Phone: 630-225-9840
Fax: 630-225-7884**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Mercury Systems Corp. | ) | Case No.    12-32549 |
| | ) | |
| Debtor. | ) | Honorable Judge Janet S. Baer |
| | ) | |
| | ) | |
| | ) | |

## AMENDED MOTION FOR AN ORDER OF FINAL DECREE

**NOW COMES MERCURY SYSTMES, by its attorney Jon Dowat with a motion for an order of Final Decree.**

1. This case was filed on Thursday, August 16, 2012 in the Northern District Bankruptcy Court in Chicago, Illinois.

2. The Debtor's 2nd Modified Plan of Reorganization and 3rd Modified Disclosure Statement were filed on 29 August 2013 and the Plan of Reorganization was confirmed on 24 October 2013.

3. The Debtor has made a substantial consummation of the Plan of Reorganization including:

   a) Payment of all Trustees' fees.

   b) Payment of all administrative fees.

   c) Timely payments of payroll and other taxes during the pendency of the Plan of Reorganization.

   d) Timely payments to the IRS totaling approximately $297,397.94.

THEREFORE the Debtor prays this Honorable Court to enter an order of final decree and that the above captioned case is closed and the Trustee/Debtor in possession is discharged as trustee for the estate.

Dated this 21 November 2013.                                          /S/ Jon Dowat
                                                                                      Counsel for Debtors

**Jon Dowat, Illinois Bar No. 6284536**
**Thinking Outside the Box, Inc.**
**40 Shuman Blvd., Suite 320**
**Naperville, IL 60563**
**Phone: 630-225-9840**
**Fax: 630-225-7884**